UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
EDERY HERRERA,                                         :
*on behalf of himself and all others similarly*        :
*situated,*                                            :
                                                       :          24-CV-8639 (VSB)
                                      Plaintiff,        :
                                                       :              **ORDER**
                    -against-                           :
                                                       :
RHINEBECK BANCORP, INC.,                               :
                                                       :
                                    Defendant.          :
                                                       :
-------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement. (*See* Doc. 8.) Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.

SO ORDERED.

Dated: January 28, 2025
        New York, New York

                                              Vernon S. Broderick
                                              United States District Judge