UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDERY HERRERA, on behalf of himself and
all other persons similarly situated,
                              Plaintiff,

            24 **CIVIL** 8639 (VSB)

      -against-

            **RULE 68 JUDGMENT**

RHINEBECK BANCORP, INC.,
                         Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated April 14, 2025, judgment is entered in favor of plaintiff Edery Herrera as against defendant, in the total amount of one thousand dollars ($1,000.00).

      This judgment will act to release and discharge defendants from any and all claims that were or could have been alleged by plaintiff in this action.

**Dated:**  New York, New York
          April 15, 2025

                                          **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                    BY:
                                          **Deputy Clerk**