UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                          :

EDERY HERRERA, *on behalf of himself and*  :
*all other persons similarly situated*,           :
                                                                          :
                                      Plaintiff,     :            24-CV-8639 (VSB)
                                                                   :
              - against -             :               **ORDER**
                                                                   :
RHINEBECK BANCORP, INC.,            :
                                                                    :
                                 Defendant.   :
                                                                    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 18, 2025, I held a telephonic conference in this matter. In accordance with my comments at the conference, it is hereby:

ORDERED that the parties shall file a joint status letter by April 25, 2025.

SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge